# United States Court of Appeals
## For the Eighth Circuit
_____

No. 20-3610
_____

United States of America

*Plaintiff - Appellee*

v.

Rofelle Deleion McGee, also known as Drew

*Defendant - Appellant*
_____

Appeal from United States District Court
for the Southern District of Iowa - Eastern
_____

Submitted: September 1, 2021
Filed: September 7, 2021
[Unpublished]
_____

Before LOKEN, COLLOTON, and STRAS, Circuit Judges.
_____

PER CURIAM.

After considering a number of factors, the district court[1] decided not to reduce Rofelle McGee's 200-month prison sentence under the First Step Act. *See* Pub. L. No. 115-391, 132 Stat. 5194 (2018). We affirm.

---

[1]The Honorable John A. Jarvey, Chief Judge, United States District Court for the Southern District of Iowa.

We conclude that the district court gave a reasoned basis for its decision and did not abuse its discretion. *See United States v. McDonald*, 944 F.3d 769, 771-72 (8th Cir. 2019) (discussing the standard of review and outlining the two-step analysis for motions under the First Step Act); *United States v. Williams*, 943 F.3d 841, 844 (8th Cir. 2019) (explaining that the sentencing court must have considered the parties' arguments and have a reasoned basis for its decision). The First Step Act did not require the court to reduce McGee's sentence, even if he was eligible. § 404(c), 132 Stat. at 5222 ("Nothing in this section shall be construed to require a court to reduce any sentence pursuant to this section.").

We accordingly affirm the judgment of the district court and grant counsel permission to withdraw.

_____